Tournament — A competition involving three or more schools in which teams and/or athletes compete under an elimination and/or round robin format within a 14 consecutive day period which results in a single winner of the competition and or event(s). No regular season tournament shall allow for a member school to participate in more than five (5) games/contests/matches.

Transfer Student — Any student who attended another high school prior to coming to your school whether or not he/she begins attending on the first day of the school term. This also includes home schooled students who were taking high school work and then transfer to a member school. Home schools are considered to be non-boundaried schools.

Tryout — An organized occasion on which one is considered for selection to a team in a sport by undergoing evaluation of the ability, skill or potential to play the sport.

Undue influence — Any influence exerted by school personnel upon a prospective student or a prospective student's family related to athletic participation, potential or accomplishment.

Week No. 4 in the IHSA Standardized Calendar — The IHSA Standardized Calendar utilizes the first full seven day week of July that begins on Sunday as Week No. 1.

# CONSTITUTION

The following Constitution has been adopted by the membership of the Illinois High School Association and is applicable to the 2009-10 school term.

Included in this Section:
1.000       Constitution
1.100       Name and Objectives
1.200       Membership
1.300       Board of Directors
1.400       Powers and Duties of Board
1.500       Officers
1.600       Dues and Assessments
1.700       Legislative Commission
1.800       Meetings of the Association
1.900       Amendments

## 1.000  CONSTITUTION

## 1.100  NAME AND OBJECTIVES

**1.110**     This Association shall be known as the Illinois High School Association (IHSA).

**1.120**     It shall be the purpose of this Association to provide leadership for the development, supervision and promotion of interscholastic competition and other activities in which its member schools engage. Participation in such interscholastic activities offers eligible students experiences in an educational setting which may provide enrichment to the educational experience.

**1.130**     This Association through the employment of the instrumentalities hereinafter established shall:

(a)   supervise and regulate all of the interscholastic activities in which its member schools may engage; and
(b)   perform such other functions related to interscholastic activities as may from time to time be approved and adopted by the membership.

**1.140**     In the performance of these functions, the objectives of the Association shall be:

(a)   to stress the educational importance, the cultural values, the appreciations and skills involved in all interscholastic activities and to promote cooperation and friendship;
(b)   to regulate interscholastic programs in both character and quantity in regard to the generally accepted objectives of secondary education and so they shall not unduly interfere with nor abridge the regular program of teachers and students in the performance of their regular day-to-day school duties;
(c)   to encourage economy in the time of the student and teacher personnel devoted to interscholastic activities;
(d)   to encourage economy in expenses of interscholastic activities; and
(e)   to promote only those activities which enhance the accomplishment of desired educational goals.

EXHIBIT A

# 1.200   MEMBERSHIP

## 1.210   PUBLIC HIGH SCHOOLS

Any public high school in the State of Illinois may become a member of this Association provided:

   (a)   the school is supported by public taxation;
   (b)   the school is Recognized by the Illinois State Board of Education;
   (c)   this Constitution and By-laws has been adopted by the Board of Education or Board of Directors of the petitioning school as the code governing its interscholastic activities;
   (d)   the principal, defined as the administrator directly in charge of the day-to-day operation of the high school, is officially designated by the Board of Education of the petitioning school as the school's official representative to the Association in all matters, unless the Board of Education officially designates another full-time, certified member of the school's staff to be its official representative;
   (e)   application of membership is signed by the official representative of the high school; and
   (f)   the school pays dues as required in this Constitution.

## 1.220   HIGH SCHOOLS CONDUCTED BY COLLEGES AND UNIVERSITIES

All high schools in Illinois conducted by colleges or universities for purposes of educational experimentation, research and practice teaching may become members provided:

   (a)   this Constitution and By-laws has been adopted by the petitioning school as the code governing its interscholastic activities;
   (b)   the school complies with items (b), (d), (e), and (f) of 1.210 above.

## 1.230   HIGH SCHOOL DEPARTMENTS OF ILLINOIS SCHOOLS FOR THE DEAF OR BLIND

The high school departments of Illinois schools for the deaf or blind may become members of this Association upon such terms as, from year to year, may be fixed by the Board of Directors.  Non-recognition of the schools by the Illinois State Board of Education shall not necessarily preclude them from membership.

## 1.240   DISTRICTS SUPPORTING TEN OR MORE HIGH SCHOOLS

Public high schools in districts supporting ten or more high schools all under the supervision of a single Board of Education may become members of this Association provided:

   (a)   the district has a separate and efficient local interscholastic organization for the adequate supervision of its interscholastic activities;
   (b)   the school is Recognized by the Illinois State Board of Education:
   (c)   the eligibility rules and conditions of competition for the district have been approved by the Board of Directors of this Association prior to September 1 each year;
   (d)   the local organization pays, as a membership fee, an amount equal to a sum of $10 per school for all schools in the district, payment to be made on or before June 1 preceding the year for which payment is due; and
   (e)   application for membership is signed by the official representative of the individual high schools.

Schools admitted under this Section, in their interscholastic relationships with each other, shall be governed by the eligibility rules and conditions of competition approved by the Board of Directors of this Association.  However, in all interscholastic relationships with any school located outside of the district, they must conform to all of the rules and regulations of the Illinois High School Association.

## 1.250   NON-PUBLIC HIGH SCHOOLS

Any non-public high school located in the State of Illinois may be admitted to membership provided:

   (a)   the application for membership is signed by the administrative head of the school;
   (b)   the school pays dues as required in this Constitution; and
   (c)   the school complies with items (b), (c), (d), (e) and (f) of 1.210 above; and
   (d)   the school's financial assistance program complies with the following standards:

(1) financial assistance to incoming and/or continuing students is approved by the president/principal of the school on the basis of need determined by using data provided through the use of a financial need approval plan which has been approved by the IHSA Board of Directors; and/or

(2) financial assistance to incoming and/or continuing students is granted by the principal of the school on the basis of academic performance or other criteria to students which are adopted by the school's governing body and approved by the IHSA Board of Directors; in no respect related to athletic interest or performance; and which are controlled and managed by the principal.

The IHSA Board of Directors shall, in consultation with representatives of private member schools, establish criteria for approval of financial need assessment plans and criteria for the awarding of non-need based financial assistance.

## 1.260   ASSOCIATE SCHOOLS

Any high school in Illinois operating strictly as a boarding school may be admitted to Associate membership provided:

(a) the application for membership is signed by the administrative head of the school;
(b) the school pays dues as required in this Constitution; and
(c) the school complies with items (b), (c), (d), (e) and (f) of 1.210 above.

An Associate member shall be entitled to the same privileges as other member schools except that:

(a) it shall not be permitted to participate in any athletic meet or tournament conducted for the purpose of determining an official state championship in the Illinois High School Association;
(b) it shall not be privileged to vote on Association matters; and
(c) it shall not share in the distribution of Association funds.

In all interscholastic competition, an Associate member shall observe all of the rules and regulations of the Association except that students who change schools without a corresponding change of residence on the part of their parents or guardians may establish eligibility immediately so far as residence is concerned provided their transfer occurs at the beginning of a semester and is made for reasons other than athletics, and no undue influence is involved.

## 1.270   APPROVED SCHOOLS

Schools which are not eligible for membership in the Illinois High School Association may be approved by the Board of Directors for competition with member schools. Approved schools are not fully-accredited members of the Association. Member schools may engage only in dual contests with approved schools and not in invitational tournaments, festivals, etc. Approved schools are not eligible to participate in state tournament series sponsored by the Association. Schools wishing to be granted Approved status must apply annually to the Board of Directors.

--------------------------------------------------------------------------

### *Illustrations for Section 1.270 of the Constitution*

*The illustrations and situations it contains are for purposes of assisting in understanding the application of the particular by-law to which they pertain. In the case of any conflict, whether actual or believed, between the illustrations, examples or situations in this publication and the constitution or by-laws of the IHSA, the constitution and by-laws shall control.*

1)   **WHAT IS APPROVED SCHOOL STATUS?**

Q.   Are "approved schools" members of the Association?
A.   The Board of Directors may grant approved status to a school only in the event that it is not eligible for membership. Approved schools may participate with member schools in dual competition only. (Constitution 1.270)

2)   **APPROVED SCHOOLS AND ELIGIBILITY RULES?**

Q.   Must an Approved school abide by IHSA eligibility rules?
A.   Since Approved schools are not members of the Association, they are not subject to the requirements of IHSA rules. However, approved schools must be Registered or Recognized by the Illinois State Board of Education, or the school must be accredited by an organization that evaluates public and/or private schools. The accrediting organization must be acceptable to the IHSA Board of Directors. In addition, schools must substantially comply with the Association's rules regarding: Scholastic Standing, Age Limitations, Contest Limitations and Participation Limitations. (Constitution 1.270)

3)   Q.   May an approved school participate in a tournament against an IHSA member school?
A.   No. Approved schools may only participate in dual contests with IHSA member schools. (Article 1.270 and By-law 2.050)

# 1.300 BOARD OF DIRECTORS

## 1.310 ADMINISTRATION

The administrative authority of this Association shall be vested in a Board of Directors of ten (10) members elected, each for a term of three years, as hereinafter provided.

The office of the Association shall be the office of the Board of Directors.

## 1.320 ELECTION DIVISIONS

For the purpose of electing the members of the Board of Directors and providing equal representation for all parts of the state, the state shall be divided into seven (7) Divisions. Each of these Divisions shall be formed by combining three of the twenty-one (21) Districts of the state established for the purpose of electing the members of the Legislative Commission, these Districts being defined in Section 1.330 of this Constitution. In addition three (3) members shall be elected from the membership at-large. One at-large member must be a racial minority, one must be a member of the underrepresented gender and one must be a member of a private/non-public school. All must be principals of member schools. At-large members elected to the Board of Directors may not be from the same Board Division.

## 1.330 DIVISIONS DEFINED

Until changed by the Board of Directors, the seven Divisions from which Directors shall be elected shall be made up of Legislative Commission Districts as follows:

Division 1-Legislative Commission
    Districts 1, 2 and 3
Division 2-Legislative Commission
    Districts 4, 5 and 6
Division 3-Legislative Commission
    Districts 7, 8 and 9
Division 4-Legislative Commission
    Districts 10, 11 and 12

Division 5-Legislative Commission
    Districts 13, 14 and 15
Division 6-Legislative Commission
    Districts 16, 17 and 18
Division 7-Legislative Commission
    Districts 19, 20 and 21

## 1.340 NOMINATIONS

No later than September 1 each year, the Board of Directors shall cause to be electronically mailed to the principal of each member school in each division in which a member of the Board of Directors is to be elected, and to the membership in the event one or more at-large members of the Board of Directors is to be elected, a letter identifying the positions for which elections are to be held along with a primary ballot requesting nominations for the appropriate Board member positions.

Principals may nominate one principal from a member school in their Division as a candidate and/or one principal from any member school in the state as a candidate for an at-large position. These nominations must be completed online by September 15. The Board of Directors shall appoint a teller to verify the vote count. The two principals from each Division, or from the state at-large, as pertinent to the positions for which nominations are sought, receiving the highest number of nominating votes shall be declared the nominees and they shall be notified immediately of their nomination by mail. In case of a tie vote in any Division, the tellers shall determine the winner by lot.

## 1.350 ELECTION

Not later than September 20, the Board of Directors shall cause to be electronically mailed to the principal of each member school in each Division or in the membership at-large in which an election is to be held, a ballot on which are the names of the two nominees. Principals shall mark their electronic ballots in the regular manner, voting for only one of the nominees. Each electronic ballot shall be submitted electronically to the Association by October 1 The Board of Directors shall appoint a teller who shall meet not later than October 4, to verify the vote count. The teller shall then certify to the Board of Directors the results of the balloting. Within thirty days after the election, the Board shall meet, canvass the vote and declare the candidate(s) in each Division receiving the higher number of votes for each position to have been elected. In case of a tie vote in any Division, the tellers shall determine the winner by lot.

## 1.360   TERM OF OFFICE

Members of the Board of Directors shall be elected for terms of three years and shall take office immediately upon the determination of their election as provided in 1.350 of this Section. They shall be eligible for no more than three three-year terms. They shall serve until a successor is elected or until they cease to be a principal of a member school in the Division from which they were elected, unless because of redistricting, or in the case of at-large members, until they cease to be principal of a member school, or unless they tender their resignation and it is accepted by the Board of Directors.

In the event that high school principals who are Board members, because of the redistricting of the state, are removed from their Division, they shall continue to represent the Division from which they were elected for the balance of the year, provided they continue to serve as a principal of a member school in the territory which formerly comprised the Division from which they were elected.

## 1.370   MEETINGS

The Board of Directors shall meet a minimum of ten (10) times per year, on a date to be determined by the Board. The time and place of each meeting shall be determined by its members. Special meetings may be called by the President and must be called upon written request of any two members of the Board.

# 1.400   POWERS AND DUTIES OF BOARD

## 1.410   QUORUM

A majority of the Board of Directors shall constitute a quorum. When a vote is taken upon any matter pending before the Board, a quorum being present, a majority of the votes of the members of the Board voting on the matter shall determine the outcome thereof.

## 1.420   AUTHORITY

The officers and members of the Board of Directors of the Illinois High School Association are hereby authorized to interpret the Constitution and By-laws and to exercise all the powers and duties expressed or implied in this Constitution and By-laws, and to act as an administrative board in the interpretation of and final decision on all questions and appeals arising from the directing of interscholastic activities of member schools.

## 1.430   PROVIDE EMPLOYEES

The Board of Directors shall conduct all business of the Association, shall be empowered to employ an Executive Director with such assistants as may be found necessary to carry on the affairs of the Association, and to provide office facilities, by rental, purchase or other means, and employees for the proper conduct of the business of the Association.

## 1.440   FINANCIAL STRUCTURE AND MANAGEMENT

### 1.441   DUES AND ASSESSMENTS

The Board of Directors shall be authorized to collect annual dues as provided in this Constitution and levy entry fees and such other assessments on all schools participating in any interscholastic activity as shall be adequate to meet the total expenses involved in the conduct of such activity and such proportionate share of overhead as is deemed necessary. Such dues and assessments shall be considered current funds of the Association and shall be used by the Board of Directors in financing the various activities of the Association.

The determination and collection of all activity fees and the collection and final distribution of receipts from all contests sponsored by the Association shall be left to the discretion of the Board of Directors.

### 1.442   EXPENDITURES

The Board of Directors shall determine all necessary expenditures of money in the conduct of the affairs of the Association.

### 1.443 MANAGE SURPLUS FUNDS

The Board of Directors shall receive and hold title to all surplus funds of the Association. Surplus funds belonging to any of the separate activities shall be held for and administered in the interest of that activity. Surplus funds of one activity of the Association may be transferred to another activity only by a two-thirds vote of the Board of Directors or by a majority of the member schools voting in a statewide referendum conducted by the Board of Directors whenever requested by not less than five percent of the membership of the Association.

### 1.444 INVESTMENT OF FUNDS

The Board of Directors shall invest all surplus funds of the Association in bonds or treasury certificates of the United States or in bonds of the state of Illinois, registered in the name of the Illinois High School Association. However, in any fiscal year the Board of Directors may, by a two-thirds vote, suspend the enforcement of this requirement.

## 1.450 STATEWIDE INTERSCHOLASTIC ACTIVITIES

The Board of Directors shall have complete authority, subject to the provisions of the Constitution and By-laws, to organize and conduct such statewide interscholastic activities as may or may not lead to state championships and to establish Terms and Conditions for these activities. Whenever it is deemed advisable, the Board shall call upon specialists from the high school field for such technical or other advice and assistance as may seem necessary. The expenses of such specialists incurred in activities ordered by the Board of Directors shall be paid by the Association. In addition, the Board of Directors shall establish and publish criteria to be followed in the selection of schools to host state tournament series events.

------------------------------------------------------------------------

### *Illustrations for Section 1.450 of the Constitution*

*The illustrations and situations it contains are for purposes of assisting in understanding the application of the particular by-law to which they pertain. In the case of any conflict, whether actual or believed, between the illustrations, examples or situations in this publication and the constitution or by-laws of the IHSA, the constitution and by-laws shall control.*

**4)    TERMS AND CONDITIONS**

Q.  How authoritative are the Terms and Conditions for Association-sponsored events established by the Board of Directors?

A.  Since the Board of Directors is authorized by the Constitution to establish Terms and Conditions for IHSA-sponsored meets and tournaments, Terms and Conditions established by the Board are absolutely authoritative in respect to the various state tournament series conducted by the Association. Schools which do not adhere explicitly to the Terms and Conditions for a given activity are subject to penalty. (Constitution 1.450)

## 1.460 RULINGS AND APPEALS

The Executive Director shall have the authority and responsibility to investigate and decide all matters concerning eligibility, protests, by-laws or rules. The Executive Director may modify the effect of or penalty for violation of or non-compliance with any by-law or rule if the circumstances causing the student or school to be ineligible or otherwise in violation of or non-compliance with the by-law or rule are determined:

(1)  to have been completely beyond the control of all of the following:
    (a) the student
    (b) the student's parent(s)/guardian(s)
    (c) the school
(2)  or where the violation or non-compliance has been caused exclusively by a clerical or administrative error.

A student, parent/guardian, school or individual, in whose favor or against whom a decision of the Executive Director made pursuant to this Section applies, may appeal that decision by submitting a written request for a hearing to the Board of Directors. In response to such a written request, the Board of Directors or, in its discretion, a hearing officer appointed by the Board, shall conduct a hearing to review the action of the Executive Director.

At a hearing, the party appealing the action and all other interested parties, including but not limited to representatives of the member school, may appear and present information for consideration. If a hearing officer has been appointed by the Board, such hearing officer shall submit a written report of findings to the Board, including a written summary of the testimony heard and/or evidence presented at the hearing. After a hearing before the Board, or upon receipt and review of the hearing officer's report, the Board may, within the authority of this Constitution and By-laws, sustain, modify or overturn the Executive Director's decision, or sustain, increase, decrease or otherwise modify any penalty for violation of any by-law or rule or take such other action as it

finds appropriate. If a hearing has been conducted by a hearing officer appointed by the Board, the student, parent/guardian, school or individual in whose favor or against whom a decision has been sustained or modified, may request, in writing through the principal of the involved member school, a further hearing to be held before the Board of Directors in accordance with the provisions of this Section, at the next regularly scheduled meeting of the Board or at a special meeting of the Board convened by the president of the Board. The decision or action of the Board of Directors, pursuant to any hearing held before it, shall in all instances be final.

------------------------------------------------------------------------

## *Illustrations for Section 1.460 of the Constitution*

*The illustrations and situations it contains are for purposes of assisting in understanding the application of the particular by-law to which they pertain. In the case of any conflict, whether actual or believed, between the illustrations, examples or situations in this publication and the constitution or by-laws of the IHSA, the constitution and by-laws shall control.*

5)   Q.   What is a clerical or administrative error?
     A.   An inadvertent or unintentional error or omission that results in technical, rather than substantive, noncompliance with these by-laws. The failure to comply with any affirmative requirement of these by-laws shall not be deemed a clerical or administrative error.

## 1.470   FILL VACANCIES

In case a vacancy occurs on the Board of Directors, the remaining members shall fill the vacancy by the appointment of a principal of a member school from the Division in which the vacancy occurs.

An appointee to an office must meet the same qualification standards that a person running for the office would be required to meet.

Appointees shall serve for the remainder of the unexpired term.

## 1.480   RETIREMENT SYSTEM

It shall be the duty of the Board of Directors to establish a retirement system for its employed administrative officers.

## 1.500   OFFICERS

## 1.510   TITLES OF OFFICERS

The officers of the Board of Directors shall be President, Vice President and Secretary who shall be elected by the Board from among its members. These officers shall serve in similar capacities as officers of the Association and shall perform the duties which regularly devolve upon such officers.

## 1.520   TERM OF OFFICE

Officers shall be elected annually by the Board of Directors at the meeting during which the ballots from the election of members of the Board of Directors are canvassed and after new members have been seated. Officers shall be eligible to succeed themselves provided they continue to be members of the Board of Directors.

## 1.530   TREASURER

The Board of Directors shall elect a Treasurer of the Association who shall be a principal of a member school whose term of office shall not exceed three years. The treasurer shall, however, be eligible for successive terms in office. The Treasurer shall receive for deposit all funds belonging to this Association; shall pay out money from funds belonging to the Association only upon the order of the Board of Directors and approval by the President; shall furnish a bond, the amount of which shall be determined by the Board of Directors, premium on which shall be paid by the Association; shall keep separate bookkeeping records of all receipts and expenditures relating to each respective activity of the Association; and, shall make a complete financial statement to the Association as of June 30 of each year.

The Treasurer's accounts shall be audited at least annually at the close of each fiscal year by a committee to be composed of the President of the Board of Directors as Chairman, the Chairman of the Legislative Commission and a third high school principal to be chosen by these two. This committee shall employ a certified public accountant who shall make the audit under its supervision. All expenses of the audit shall be paid by the Association.

## 1.600   DUES AND ASSESSMENTS

### 1.610   FISCAL YEAR

The fiscal year of the Association shall be from July 1 to June 30.

### 1.620   DUES

The Board of Directors shall have authority to assess annual membership dues to be paid by all schools belonging to the Association.

### 1.630   ENTRY FEES AND ASSESSMENTS

The Board of Directors shall be authorized to levy entry fees and assessments when necessary for the conducting of any inter-scholastic activity.

### 1.640   DATE OF PAYMENT OF DUES

The annual school membership dues, if assessed, shall be for the fiscal year of the Association, shall be payable on or after April 1 of each year and must be paid on or before June 30 of each year.

### 1.650   PENALTY

In case a school has allowed its membership to lapse, it cannot be reinstated until it has paid into the treasury the current dues plus an amount equal to one-third of the annual dues for that school year for which the school failed to pay its dues. However, in any event the penalty payment shall not exceed the dues for one full year.

## 1.700   LEGISLATIVE COMMISSION

### 1.710   AUTHORITY

All proposed amendments to either the Constitution or By-laws, or the consideration of any other proposed legislation, shall be referred to the Legislative Commission for evaluating and screening. Action shall be taken by the Commission on proposed legislation as provided for in Section 1.920.

### 1.720   ORGANIZATION AND OPERATION

#### 1.721   ELECTION DISTRICTS

For the purpose of providing a geographic and equal representation on the Legislative Commission, the Board of Directors shall divide the State of Illinois into twenty-one Districts. Three of these Districts shall be in the City of Chicago. The other eighteen Districts shall consist of compact and contiguous territory containing approximately equal numbers of member schools. In 1978 and each three years thereafter, the Board of Directors shall review the compositions of the Districts then existent and, if deemed necessary or advisable, shall redistrict the state. In addition, seven (7) at-large Commission members shall be elected. One at-large Commission member shall be elected from each Division. All at-large Commission members must be a racial minority or a member of the under represented gender. At-large Commission members must be principals, official representatives, athletic administrators or activity directors.

#### 1.722   MEMBERSHIP

The Legislative Commission shall consist of thirty-five (35) members from thirty-five (35) member schools. One principal shall be elected from each of the twenty-one (21) Districts. One athletic administrator shall be elected from each of the seven (7) Divisions. One at-large Commission member will be elected from each of the seven (7) Divisions. All at-large Commission members must be members of the under represented gender and/or minorities. At-large Commission members must be principals, offi-

cial representatives, athletic administrators or activity directors. Elections shall be conducted for principals of the various Districts according to the following schedule:

      (a) In 1982 and each third year thereafter, Districts 1, 4, 10, 15, 16, 17 and 21;
      (b) In 1983 and each third year thereafter, Districts 2, 5, 8, 12, 14, 18 and 20;
      (c) In 1984 and each third year thereafter, Districts 3, 6, 7, 9, 11, 13 and 19.

Elections shall be conducted for representative athletic administrators of the various Divisions according to the following schedule:

      (a) In 1992 and each third year thereafter, Divisions 1, 4 and 7
      (b) In 1993 and each third year thereafter, Divisions 2 and 5
      (c) In 1994 and each third year thereafter, Divisions 3 and 6

Elections shall be conducted for at-large Commission members of the various Divisions according to the following schedule:

      (a) In 2000 and each third year thereafter, Divisions 1, 4 and 7
      (b) In 2001 and each third year thereafter, Divisions 2 and 5
      (c) In 2002 and each third year thereafter, Divisions 3 and 6

Note: Elections shall be conducted in 1992 for representative athletic administrators of Divisions 2, 3, 5 and 6. Division 2 and 5 athletic administrator representatives' terms from that election shall expire in one year with the regularly scheduled 1992 elections. Division 3 and 6 athletic administrator representatives' terms from that election shall expire in two years with the regularly scheduled 1993 elections.

## 1.723 NOMINATIONS

Not later than September 1 each year, the Board of Directors shall cause to be electronically mailed to the principal of each member school in each District/Division and athletic administrator of each member school in each Division in which a member of the Legislative Commission is to be elected, a letter giving the boundaries of the District/Division and a primary ballot requesting a nomination for a member of the Legislative Commission.

Principals may nominate one principal, not a member of the Board of Directors, from a member school in their District as a candidate electronically. Athletic administrators may nominate one athletic administrator from a member school in their District as a candidate electronically. In addition, principals may nominate one at-large Commission member from their Division electronically. These nominations must be submitted electronically to the Association by September 15. The Board of Directors shall appoint a teller to verify the vote count. The two principals from each District and the two athletic administrators from each Division receiving the highest number of nominating votes shall be declared the nominees and they shall be notified immediately of their nomination by mail. In case of a tie vote in any District/Division, the tellers shall determine the winner of the tie by lot.

An athletic administrator or activities director may not be considered for nomination if the principal at his/her school is a current member of the legislative commission and whose term has not expired. A principal may not be considered for nomination if the athletic administrator or activities director at his/her school is already a member of the legislative commission and whose term has not expired.

If a principal, athletic administrator or activities director from the same school are both nominated for the legislative commission, and the tellers determine they qualify as official nominees, the official representative of the principal's, athletic administrator's or activities director's school shall be contacted in order for the school to indicate which nomination will go forward on the ballot. The nominee not going forward will be replaced by the respective nominee with the next highest number of votes.

## 1.724 ELECTION

Not later than September 20, the Board of Directors shall cause to be electronically mailed to the principal of each member school in each District/Division and athletic administrator in each Division in which an election is to be held a electronic ballot on which are the names of the two nominees. Principals and athletic administrators shall mark their ballots in regular manner, each principal voting for only one of the respective nominees. Each ballot shall be electronically submitted to the office of the Association by October 1. The Board of Directors shall appoint a teller who shall meet not later than October 4, to verify the vote count. The teller shall then certify to the Legislative Commission the results of the balloting. At the next regular meeting of the Legislative Commission following the election, the Commission shall canvass the vote and declare the candidate(s) in each District/Division receiving the highest number of votes for each position to have been elected. In case of a tie in any District, the tellers shall determine the winner by lot.

### 1.725 TERM OF OFFICE

Members of the Legislative Commission shall be elected for terms of three years (except as provided in Section 1.722) and shall take office immediately upon the determination of their election as provided in Section 1.724. They shall serve until their successor is elected; until they cease to be a high school principal, athletic director, or activities director in the District/Division from which they were elected unless because of redistricting; until they tender their resignation and it is accepted by the Board of Directors; or until they become a member of the Board of Directors. They shall be eligible for no more than three three-year terms.

In the event that high school principals, athletic administrators or activities directors who are Legislative Commission members are removed from their District/Division because of the redistricting of the state (except as provided in Section 1.722) they shall continue to represent the District from which they were elected for the balance of the year provided they continue to serve as principal, athletic administrator or activities director of a member school in the territory which formerly comprised the District/Division from which they were elected.

### 1.726 VACANCIES

In case of a vacancy, the President of the Association shall appoint a principal or athletic administrator of a member school from the District/Division in which the vacancy occurs to serve until the time of the next regular election.

### 1.727 OFFICERS

The officers of the Commission shall be Chairman, Vice Chairman and Secretary. The Commission shall elect the Chairman and Vice Chairman. The Executive Director of the Association shall be the Secretary of the Commission.

### 1.728 MEETINGS

The officers of the Commission shall fix the time, place and provide reasonable notice of all meetings of the Commission. However, there will be at least two meetings between November 1 and December 31 of each year. Meetings may be called by the President of the Association and must be called by the Secretary upon written request of a majority of the members of the Commission or of not less than five percent of the member schools of the Association.

In case members report that they will be unable to attend a scheduled meeting of the Commission, the President of the Association shall appoint a principal of a member school from the District represented by an absentee to serve at the said meeting.

## 1.730   ACTION ON AMENDMENTS

All proposed amendments to the Constitution and By-laws and all other proposed legislation of a permanent character shall be referred to this Commission for consideration. In considering such proposals, the Commission shall have two meetings. In the first of these, the Commission shall meet as a Committee of the Whole. At their own expense, high school principals or any representative or committee not exceeding three members from any statewide organization of teachers may appear before the Committee to promote or oppose any proposal before the Committee or to counsel and advise the Committee regarding any desired modifications in the proposals.

The second meeting, which shall be the official legislative meeting of the Commission, may be held on the same day as the first meeting or at any time within thirty (30) days following the first meeting. The Commission shall be authorized to reword or amend a proposal, but shall obtain authorization from the principal submitting the original proposal before referring the revised or amended proposal to the Association. The Commission, with formal recommendations, shall refer to the Association for final action on all proposals except those rejected by a majority vote of the Commission members present. The report of the Commission shall be accompanied by a brief statement of the arguments for and against each proposal referred to the Association. Votes of the individual members of the Legislative Commission shall be recorded and made available to member school principals/official representatives upon written request. If, after consideration by the Legislative Commission, a proposal is not accepted for inclusion on the referendum ballot, but petitions requesting inclusion of the proposal on a referendum ballot are received from twenty percent (20) of the member school principals, the proposal shall automatically be included on the next referendum ballot without further action by the Legislative Commission.

## 1.740   EXPENSES OF COMMISSION MEMBERS

The necessary expenses incurred by members of the Legislative Commission in attending meetings shall be paid by the Association upon presentation of a proper voucher and approval by the Board of Directors.

## 1.800   MEETINGS OF THE ASSOCIATION

### 1.810   TIME AND PLACE

The time and place of the annual meeting of the Association shall be determined by the Board of Directors.

### 1.820   SPECIAL MEETINGS

Special meetings may be called by the President of the Association and must be called by the Secretary upon written request of not less than five percent of the member schools.

### 1.830   REPRESENTATION AT MEETINGS

The principal of each member school, or a teacher in the school delegated by the principal in writing, shall represent such school at all meetings of the Association and in all matters involving the relationships of the school with other schools under the rules of the Association.

### 1.840   QUORUM

Representatives of ten percent of the member schools shall constitute a quorum at any meeting of the Association.

## 1.900   AMENDMENTS

### 1.910   SUBMISSION OF AMENDMENTS

Proposals to amend the Constitution and By-laws shall be submitted by the official representative of any member school provided they are filed with the Executive Director of the Association not less than twenty (20) days prior to consideration by the Legislative Commission at a first meeting which deals with such proposals. All proposals shall be considered and reported on by the Legislative Commission in accordance with the provisions in Sections 1.721 through 1.740. All such proposed amendments to the Constitution and By-laws recommended by the Legislative Commission for final action by the membership must be voted on as provided in Section 1.920.

Proposals to amend Section 5.000 (By-Laws—Individual Sport) of this Constitution and By-laws and/or any of its sub-sections may be acted upon in accordance with the provisions of this Section. However, if the Section and/or Sub-section to which the amendment is proposed has been amended during the two (2) school years immediately preceding the school year in which the proposal is submitted, affirmative vote by at least sixteen (16) members of the Legislative Commission is necessary for submission of the proposal for referendum.

### 1.920   REFERENDUM VOTE

All proposals pertaining to the Constitution and By-laws and all other matters requiring an approving vote of the member schools that have been recommended for final action by the Legislative Commission shall be electronically mailed not more than ten (10) days after the second meeting of the Legislative Commission. Ballots for use in voting on such proposals shall be electronically mailed to all member schools not more than twenty (20) days after the second meeting of the Legislative Commission. All voting must be completed online within thirty (30) days after the second meeting of the Legislative Commission. A majority of the electronic votes cast shall be required for the passage of any proposal.

The Board of Directors shall appoint a teller, a high school principal who is not a member of either the Board of Directors or the Legislative Commission, to verify the vote count. These electronic ballots must be counted and the results announced to the membership by electronic mail within thirty (30) days after the conclusion of the balloting.

### 1.930   EFFECTIVE DATES OF AMENDMENTS

Each amendment of the Constitution and By-laws shall become effective on July 1 of the year following its adoption; on the date specified by the principals submitting the proposal providing such date is not less than thirty days following the notification of member schools of the results of the referendum in which the proposal was passed; or on a date mutually agreed upon by the submitting principal and the Legislative Commission.